**Fill in this information to identify the case:**

Debtor 1      Tameka Matthews

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Illinois
                                                   (State)

Case number     13-30834

## Official Form 4100R

# Response to Notice of Final Cure Payment     10/16

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** Wells Fargo Bank, N.A.

**Court claim no.** (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account: 5931

**Property address:** 1019 30th Ave
Number     Street

Bellwood     IL     60104
City     State     Zip Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next post-petition payment from the debtor(s) is due on:     04 / 01 / 2018
                                                   MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:        (a) _____

b. Total fees, charges, expenses, escrow, and costs outstanding:     + (b) _____

c. **Total.** Add lines a and b.        (c) _____

Creditor asserts that the debtor(s) are contractually obligated for the post-petition payment(s) that first became due on:     ___/___/_____
                             MM / DD / YYYY

Debtor 1    Tameka Matthews        Case number (*if known*) _____
        First Name   Middle Name   Last Name

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response.

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Crystal V. Sava        Date   4/11/2018
   Signature

Print:   Crystal    V.    Sava        Title   Attorney for Creditor
      First Name   Middle Name   Last Name

Company:   Anselmo Lindberg & Associates LLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address:   1771 W. Diehl Rd., Suite 120
        Number    Street
        Naperville    IL    60563
        City    State    Zip Code

Contact phone   (630) 453-6960        Email   bankruptcy@AnselmoLindberg.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 13-30834 |
| Tameka Matthews | CHAPTER 13 |
| | JUDGE Timothy A. Barnes |
| Debtor(s). | |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 11 , 2018, a copy of the foregoing Response to Notice of Final Cure Payment was served on the following registered ECF participants, **electronically through the court's ECF System** at the email address registered with the court:

    Nathan E. Delman, Debtor's Counsel
    Marilyn O Marshall, Trustee
    Patrick S. Layng, United States Trustee

And on the following by **first-class U.S. Mail** addressed to:

    Tameka Matthews, 1019 30th Avenue, Bellwood, IL 60104

    /s/  Jaclene Morris
ANSELMO LINDBERG & ASSOCIATES LLC
1771 W. Diehl Road, Suite 120
Naperville, IL 60563
(630) 453-6960 | (866) 402-8661 | (630) 428-4620 (fax)